# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY KESLER,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN M. PATRICK and WESTERN EXPRESS INC.,<br><br>  Defendants. | Case No. |

## NOTICE OF REMOVAL

Defendants, John M. Patrick and Western Express, Inc. (herein known as "Patrick" and "Western Express" or "Western"), by counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, *et seq.*, hereby respectfully provide their Notice of Removal of this action from the Marion County Superior Court (Indiana) to the United States District Court for the Southern District of Indiana, Indianapolis Division. In support thereof, Defendants state and provide as follows:

1. This matter arises from an automobile accident on June 3, 2022 in Marion County, Indiana.

2. Plaintiff Kathy Kesler filed her Complaint on December 27, 2022 in the Marion County Superior Court. Service of the Summons and Complaint was achieved on Defendant Western Express on January 4, 2023 by Certified Mail. To the knowledge of counsel, service of the Summons and Complaint on Defendant Patrick

has not been perfected after being sent by Certified Mail on December 30, 2022. However, service is hereby acknowledged and accepted by way of this filing.

3. At the time of the events referenced in the complaint and currently Plaintiff was and is a citizen of Indiana.

4. At the time of the events referenced in the complaint and currently Defendant John M. Patrick was and is a citizen of North Carolina.

5. Western Express, Inc.'s principal place of business is located in Nashville, Davidson County, Tennessee and Western Express, Inc. is incorporated in New Hampshire. Western Express, Inc. is not a citizen of the State of Indiana.

6. Plaintiff is seeking compensation for personal and permanent injuries she claims were the result of the June 3, 2022 motor vehicle accident which involved a collision between Plaintiff and a tractor-trailer unit operated by Defendant Patrick driving under the interstate operating authority of Defendant Western Express.

7. Plaintiff has represented to Defendants that Plaintiff is pursuing an amount in excess of $75,000 exclusive of interest and costs.

8. Where there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, there is subject matter jurisdiction over this case pursuant to 28 U.S.C. §1332(a).

9. This matter is removable pursuant to 28 U.S.C. §1441(b) where there is complete diversity of citizenship between the parties.

10. Pursuant to 28 U.S.C. §1446 and LR 81-2, filed herewith as *Exhibit A* is a true and correct copy of the State Court Record (Appearance of Attorney for

Plaintiff, Summons to John M. Patrick, Summons to Western Express, Inc., Complaint, Certificate of Issuance of Summons, Summons to Western Express, Inc. c/o Registered Agent, Appearance of Attorney for Defendants, and Defendants' Answer to Complaint Filed). Filed herewith as *Exhibit B* is the operative complaint.

11. The Notice of Removal was filed within thirty (30) days from which Defendants first ascertained the case is one which is removable and was also filed within one year of commencement of the state court action.

12. Accordingly, pursuant to 28 U.S.C. § 1332 (a)(1), this Court has original jurisdiction of this action because the amount in controversy is in excess of the sum of $75,000.00, exclusive of interest and costs, and complete diversity exists.

13. Pursuant to 28 U.S.C. § 1446(a), venue is proper in this district because Plaintiff filed her original state court action in Marion County, Indiana.

14. True and accurate copies of the Notice of Removal with accompanying exhibits will be promptly filed with the Clerk of the Marion County Superior Court and also served upon all counsel of record in the Marion County case.

15. By filing this Notice of Removal, Defendants Patrick and Western Express, Inc. do not waive any defenses available to them.

WHEREFORE, Defendants, John M. Patrick and Western Express, Inc. by counsel, hereby respectfully provide this notice that the action is removable to this Court from the Marion Superior Court, Indiana, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, seek its removal to this Court, and for any and all other necessary and proper relief in the premises.

Date: January 31, 2023

Respectfully submitted,

*/s/ Peter R. Wickard*
Andrew F. Marquis / Attorney No. 28666-49
amarquis@scopelitis.com
Peter R. Wickard / Attorney No. 36095-49
pwickard@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414

*Attorneys for Defendants John M. Patrick and Western Express, Inc.*

4878-6523-2460,