# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY KESLER,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN M. PATRICK and WESTERN EXPRESS INC.,<br><br>    Defendants. | Case No. 1:23-cv-00194-TWP-MKK |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having filed with the Court a Stipulation of Dismissal with Prejudice, and the Court having examined this Stipulation and being duly advised in the premises now orders the above-entitled cause be dismissed, WITH PREJUDICE, costs pre-paid.

Date: 2/21/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to:

*All Attorneys of Record*

4891-4146-3888,